LAWRENCE G. BROWN
Acting United States Attorney
DAVID SHELLEDY
Chief, Civil Division
Assistant United States Attorney
DONNA WADE ANDERSON
Special Assistant United States Attorney
Donna.W.Anderson@ssa.gov
SSA, Office of the General Counsel
333 Market Street, Suite 1500
San Francisco, CA 94105-2116
Telephone: (415) 977-8930

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGIL W. RHODES, ) | NO. 2:99-cv-00938-JAM-PAN |
| Plaintiff, ) | |
| v. ) | ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
| Defendant, ) | |
| _____ ) | |

     Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of a final decision of the Commissioner of Social Security, denying his application for benefits. On August 19, 1999, this Court entered an order remanding this case pursuant to 42 U.S.C. § 405(g), sentence six for further administrative proceedings because the cassette tape on the hearing held on May 5, 1998, was blank. On remand, in a decision dated March 29, 2000, the Commissioner issued a fully favorable decision awarding Plaintiff benefits.

     The Court orders as follows:

     **IT IS ORDERED** that Judgment is hereby entered in favor of Plaintiff,

affirming the March 29, 2000, post-remand, final decision of the Commissioner of Social Security.

Date:   July 28, 2009          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                United States District Court Judge

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGIL W. RHODES, | NO. 2:99-cv-00938-JAM-PAN |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
| Defendant, | |

IT IS HEREBY ADJUDGED that the decision of Defendant, the Commissioner of Social Security, awarding Plaintiff disability benefits, is affirmed.

Date: July 28, 2009           /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              United States District Court Judge